David R. Markham (SBN 071814)
*dmarkham@markham-law.com*
Maggie Realin (SBN 263639)
*mrealin@markham-law.com*
Michael J. Morphew (SBN 304463)
*mmorphew@markham-law.com*
**THE MARKHAM LAW FIRM**
750 B Street, Suite 1950
San Diego, CA 92101
Tel.: 619.399.3995; Fax: 619.615.2067
*[Additional counsel listed on the next page]*
*Attorneys for Plaintiff on behalf of herself and all others similarly situated*

Patricia A. Matias (SBN 254125)
*patricia.matias@ogletree.com*
Mark F. Lovell (SBN 246652)
*mark.lovell@ogletree.com*
Graham M. Hoerauf (SBN 307649)
*graham.hoerauf@ogletree.com*
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Park Tower, Fifteenth Floor 695 Town Center Drive, Costa Mesa, CA 92626
Tel.: 714.800.7900 Fax: 714.754.1298
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN SWAYZER, an individual, on behalf of herself and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>CIRCLE K STORES, INC., a Texas corporation; and DOES 1 to 25, inclusive,<br><br>Defendants | Case No. 2:18-cv-02430-JAM-AC<br><br>**STIPULATION AND ORDER TO CONTINUE CERTIFICATION DEADLINES DUE TO MEDIATION**<br><br>Court Room: 6<br><br>Judge: Hon. John A. Mendez |

Walter Haines (SBN 071075)
*walterhaines@yahoo.com*
**UNITED EMPLOYEES LAW GROUP**
5500 Bolsa Avenue, Suite 201
Huntington Beach, CA 92649
Tel.: 888.474.7242; Fax: 562.256.1006

Attorney for Plaintiff on behalf of herself and all others similarly situated

Plaintiff ROBIN SWAYZER ("Plaintiff") and Defendant CIRCLE K STORES, INC. ("Defendant") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

WHEREAS, on November 5, 2018, the Court adopted the Parties' proposed dates for Plaintiff's motion for class certification as follows:

- Plaintiff's Motion for class certification to be filed no later than June 1, 2019.
- Defendant's opposition to the motion to be filed no later than August 1, 2019.
- Plaintiff's reply brief to be filed no later than September 1, 2019.
- Hearing on the motion set for October 8, 2019 at 1:30 p.m. ECF No. 13.

WHEREAS, the Parties agreed to engage in mediation, and have scheduled a mediation session for July 23, 2019 before Steven G. Pearl, Esq. of ADR Services, Inc.

WHEREAS, in an effort to facilitate mediation and settlement negotiations, the Parties request class certification dates to be continued as follows:

- Plaintiff's Motion for class certification to be filed no later than October 15, 2019.
- Defendant's opposition to the motion to be filed no later than December 16, 2019.
- Plaintiff's reply brief to be filed no later than January 16, 2019.
- Hearing on the motion to be set for February 11, 2020 at 1:30 p.m. in Courtroom #6.

**IT IS SO STIPULATED.**

Dated: April 25, 2019                Respectfully submitted:

                                                THE MARKHAM LAW FIRM

                                                s/Maggie Realin
                                                Maggie Realin
                                                Attorney for Plaintiff
                                                E-mail:  mrealin@markham-law.com

Dated: April 25, 2019                Respectfully submitted:
                                                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                                s/ Graham M. Hoerauf
                                                Attorney for Defendant
                                                E-mail: graham.hoerauf@ogletree.com

I hereby certify that the content of this document is acceptable to Graham M. Hoerauf, counsel for Defendant, and that I have obtained Mr. Hoerauf's authorization to affix his electronic signature to this document.

Dated: April 25, 2019                THE MARKHAM LAW FIRM

                                                s/ Maggie Realin
                                                Maggie Realin
                                                Attorney for Plaintiff
                                                E-mail:  mrealin@markham-law.com

**PURSUANT TO STIPULATION, IT IS ORDERED that:**

- Plaintiff's Motion for class certification to be filed no later than October 15, 2019.
- Defendant's opposition to the motion to be filed no later than December 16, 2019.
- Plaintiff's reply brief to be filed no later than January 16, 2019.
- Hearing on the motion is set for February 11, 2020 at 1:30 p.m. in Courtroom #6.

DATED: 4/25/2019          /s/ John A. Mendez_____

Honorable John A. Mendez
United States District Court Judge