David R. Markham (SBN 071814)
*dmarkham@markham-law.com*
Maggie Realin (SBN 263639)
*mrealin@markham-law.com*
Michael J. Morphew (SBN 304463)
*mmorphew@markham-law.com*
**THE MARKHAM LAW FIRM**
750 B Street, Suite 1950
San Diego, CA 92101
Tel.: 619.399.3995; Fax: 619.615.2067
*[Additional counsel listed on the next page]*
*Attorneys for Plaintiff on behalf of herself and all others similarly situated*

Patricia A. Matias (SBN 254125)
*patricia.matias@ogletree.com*
Mark F. Lovell (SBN 246652)
*mark.lovell@ogletree.com*
Graham M. Hoerauf (SBN 307649)
*graham.hoerauf@ogletree.com*
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Park Tower, Fifteenth Floor 695 Town Center Drive, Costa Mesa, CA 92626
Tel.: 714.800.7900 Fax: 714.754.1298
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN SWAYZER, an individual, on behalf of herself and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>CIRCLE K STORES, INC., a Texas corporation; and DOES 1 to 25, inclusive,<br><br>Defendants | Case No. 2:18-cv-02430-JAM-AC<br><br>**STIPULATION AND ORDER TO CONTINUE CLASS-DISCOVERY CUT-OFF DATE DUE TO MEDIATION**<br><br>Court Room: 6<br><br>Judge: Hon. John A. Mendez |

Walter Haines (SBN 071075)
*walterhaines@yahoo.com*
**UNITED EMPLOYEES LAW GROUP**
5500 Bolsa Avenue, Suite 201
Huntington Beach, CA 92649
Tel.: 888.474.7242; Fax: 562.256.1006

Attorney for Plaintiff on behalf of herself and all others similarly situated

Plaintiff ROBIN SWAYZER ("Plaintiff") and Defendant CIRCLE K STORES, INC. ("Defendant") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

WHEREAS, on April 25, 2019, the Parties jointly requested that the Court continue the previously set class certification deadlines to facilitate class-wide mediation. ECF No. 15.

WHEREAS, on April 26, 2019, the Court approved the Parties' stipulation and continued Plaintiff's certification dates due to mediation as follows:

- Plaintiff's Motion for class certification to be filed no later than October 15, 2019.
- Defendant's opposition to the motion to be filed no later than December 16, 2019.
- Plaintiff's reply brief to be filed no later than January 16, 2020.
- Hearing on the motion is set for February 11, 2020. *Id*. at No. 16.

WHEREAS, to facilitate mediation, the Parties request to continue the previously agreed-upon class-discovery cut-off date to January 16, 2020.

THEREFORE, the Parties, by and through their counsel of record, hereby stipulate that the class discovery cut-off date be continued to January 16, 2020, to give the Parties an opportunity to engage in mediation.

**IT IS SO STIPULATED.**

Dated: May 16, 2019               Respectfully submitted:

                                  THE MARKHAM LAW FIRM


                                  s/Maggie Realin
                                  Maggie Realin
                                  Attorney for Plaintiff
                                  E-mail:  mrealin@markham-law.com

Dated: May 16, 2019              Respectfully submitted:
                                 OGLETREE, DEAKINS, NASH, SMOAK &
                                 STEWART, P.C.


                                  s/ Graham M. Hoerauf
                                 Attorney for Defendant
                                 E-mail: graham.hoerauf@ogletree.com

I hereby certify that the content of this document is acceptable to Graham M. Hoerauf, counsel for Defendant, and that I have obtained Mr. Hoerauf's authorization to affix his electronic signature to this document.

Dated: May 16, 2019              THE MARKHAM LAW FIRM


                                 s/ Maggie Realin
                                 Maggie Realin
                                 Attorney for Plaintiff
                                 E-mail: mrealin@markham-law.com


**PURSUANT TO STIPULATION, IT IS ORDERED that:**

- Class discovery cut-off date is continued to January 16, 2020.


DATED:  5/17/2019                /s/ John A. Mendez
                                 Honorable John A. Mendez
                                 United States District Court Judge