David R. Markham (SBN 071814)
*dmarkham@markham-law.com*
Maggie Realin (SBN 263639)
*mrealin@markham-law.com*
Lisa Brevard (SBN 323391)
*lbrevard@markham-law.com*
**THE MARKHAM LAW FIRM**
750 B Street, Suite 1950
San Diego, CA 92101
Tel.: 619.399.3995; Fax: 619.615.2067
*[Additional counsel listed on the next page]*
*Attorneys for Plaintiff on behalf of herself and all others similarly situated*

Patricia A. Matias (SBN 254125)
*patricia.matias@ogletree.com*
Mark F. Lovell (SBN 246652)
*mark.lovell@ogletree.com*
Graham M. Hoerauf (SBN 307649)
*graham.hoerauf@ogletree.com*
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Park Tower, Fifteenth Floor 695 Town Center Drive, Costa Mesa, CA 92626
Tel.: 714.800.7900 Fax: 714.754.1298
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN SWAYZER, an individual, on behalf of herself and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>CIRCLE K STORES, INC., a Texas corporation; and DOES 1 to 25, inclusive,<br><br>Defendants | Case No. 2:18-cv-02430-JAM-AC<br><br>**STIPULATION AND ORDER TO CONTINUE CERTIFICATION DEADLINES AND CLASS-DISCOVERY CUT-OFF DATE DUE TO MEDIATION**<br><br>Court Room: 6<br><br>Judge: Hon. John A. Mendez |

Walter Haines (SBN 071075)
*walterhaines@yahoo.com*
**UNITED EMPLOYEES LAW GROUP**
5500 Bolsa Avenue, Suite 201
Huntington Beach, CA 92649
Tel.: 888.474.7242; Fax: 562.256.1006

*Attorney for Plaintiff on behalf of herself and all others similarly situated*

Plaintiff ROBIN SWAYZER ("Plaintiff") and Defendant CIRCLE K STORES, INC. ("Defendant") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

WHEREAS, on April 25, 2019, the Parties jointly requested that the Court continue the previously set class certification deadlines to facilitate class-wide mediation. ECF No. 15.

WHEREAS, on April 26, 2019, the Court approved the Parties' stipulation and continued Plaintiff's certification dates due to mediation as follows:

- Plaintiff's Motion for class certification to be filed no later than October 15, 2019.
- Defendant's opposition to the motion to be filed no later than December 16, 2019.
- Plaintiff's reply brief to be filed no later than January 16, 2020.
- Hearing on the motion is set for February 11, 2020. *Id*. at No. 16.

WHEREAS, on May 16, 2019, the Parties jointly requested that the Court continue the previously agreed-upon class-discovery cut-off date to January 16, 2020 due to mediation. *Id*. at No. 17.

WHEREAS, on May 16, 2019, Defendant filed a Notice of Related Cases where Defendant, pursuant to Local Rule 123, identified later-filed *Tiffany Rodriguez v. Circle K Stores Inc.,* Case No. 5:19-cv-00469-FMO-(SP)(C.D. Cal.)*; Prasanna Jayawickrama v. Circle K Stores Inc.,* Case No. BC713699 (Los Angeles Superior Court) and *Moeses Nafaa v. Circle K Stores Inc.,* Case No 5:19-cv-00624-FMO-SP (California Central District Court) as currently pending related cases against the same defendant. *Id*. at No. 18.

WHEREAS, on May 17, 2019, the Court approved the Parties' stipulation and continued class-discovery cut-off date to January 16, 2020 due to mediation. *Id.* at No. 19.

WHEREAS, on July 2, 2019, the Parties in this action met and conferred to discuss the possibility of global mediation that will potentially attempt to resolve a broader defined class than originally anticipated. The Parties thus agreed to continue the mediation to September 12, 2019, to allow additional time to discuss the potential broader scope of mediation and mediation data, and discuss the specifics of the identified related cases with their respective counsel.

WHEREAS, in an effort to facilitate mediation and settlement negotiations, the Parties request class certification dates to be continued as follows:

- Plaintiff's Motion for class certification to be filed no later than December 16, 2019.
- Defendant's opposition to the motion to be filed no later than February 14, 2020.
- Plaintiff's reply brief to be filed no later than March 13, 2020.
- Hearing on the motion to be set for April 13, 2020, or any other date thereafter as convenient for the Court.

WHEREAS, to facilitate mediation, the Parties request to continue the previously agreed-upon class-discovery cur-off date to March 13, 2020.

**IT IS SO STIPULATED.**

Dated: August 2, 2019

Respectfully submitted:

THE MARKHAM LAW FIRM

s/Maggie Realin
Maggie Realin
Attorney for Plaintiff
E-mail: mrealin@markham-law.com

| | |
|---|---|
| Dated: August 2, 2019 | Respectfully submitted:<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br><br>/s/Graham Hoerauf<br>Attorney for Defendant<br>E-mail: graham.hoerauf@ogletree.com |

I hereby certify that the content of this document is acceptable to Graham M. Hoerauf, counsel for Defendant, and that I have obtained Mr. Hoerauf's authorization to affix his electronic signature to this document.

| | |
|---|---|
| Dated: August 2, 2019 | THE MARKHAM LAW FIRM<br><br>/s/ Maggie Realin<br>Maggie Realin<br>Attorney for Plaintiff<br>E-mail: mrealin@markham-law.com |

**PURSUANT TO STIPULATION, IT IS ORDERED that:**

- Plaintiff's Motion for class certification to be filed no later than December 16, 2019.
- Defendant's opposition to the motion to be filed no later than February 14, 2020.
- Plaintiff's reply brief to be filed no later than March 13, 2020.
- Hearing on the motion is set for April 7, 2020 at 1:30 PM.
- Class-discovery cutoff date is continued to March 13, 2020.

| | |
|---|---|
| Dated: August 2, 2019 | /s/ John A. Mendez<br>HONORABLE JOHN A. MENDEZ<br>United States District Court Judge |