David R. Markham (SBN 071814)
*dmarkham@markham-law.com*
Maggie Realin (SBN 263639)
*mrealin@markham-law.com*
Lisa Brevard (SBN 323391)
*lbrevard@markham-law.com*
**THE MARKHAM LAW FIRM**
750 B Street, Suite 1950
San Diego, CA 92101
Tel.: 619.399.3995; Fax: 619.615.2067
*[Additional counsel listed on the next page]*
*Attorneys for Plaintiff on behalf of herself and all others similarly situated*

Patricia A. Matias (SBN 254125)
*patricia.matias@ogletree.com*
Mark F. Lovell (SBN 246652)
*mark.lovell@ogletree.com*
Graham M. Hoerauf (SBN 307649)
*graham.hoerauf@ogletree.com*
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Park Tower, Fifteenth Floor 695 Town Center Drive, Costa Mesa, CA 92626
Tel.: 714.800.7900 Fax: 714.754.1298
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN SWAYZER, an individual, on behalf of herself and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>CIRCLE K STORES, INC., a Texas corporation; and DOES 1 to 25, inclusive,<br><br>Defendants | Case No. 2:18-cv-02430-JAM-AC<br>CLASS ACTION<br><br>**STIPULATION AND ORDER FOR INTERIM STAY OF THE CASE PENDING MEDIATION**<br><br>Court Room: 6<br><br>Judge: Hon. John A. Mendez |

Walter Haines (SBN 071075)
*walterhaines@yahoo.com*
**UNITED EMPLOYEES LAW GROUP**
5500 Bolsa Avenue, Suite 201
Huntington Beach, CA 92649
Tel.: 888.474.7242; Fax: 562.256.1006

*Attorney for Plaintiff on behalf of herself and all others similarly situated*

Plaintiff ROBIN SWAYZER ("Plaintiff") and Defendant CIRCLE K STORES, INC. ("Defendant") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

WHEREAS, on August 2, 2019 in an effort to facilitate mediation and settlement negotiations, the Parties requested class certification dates to be continued as follows:

- Plaintiff's motion for class certification to be filed no later than December 16, 2019.
- Defendant's opposition to the motion to be filed no later than February 14, 2020.
- Plaintiff's reply to the motion to be filed no later than March 13, 2020.
- Hearing on the motion to be set for April 13, 2020, or any other date thereafter as convenient for the Court;
- Class discovery cut-off continued to March 13, 2020.  ECF No. 20.

WHEREAS, on August 5, 2019, the Court granted the Parties' stipulation and adopted the class certification briefing schedule as proposed by the Parties, set the class certification hearing for April 7, 2020 at 1:30 p.m., and continued class discovery cut-off to March 13, 2020.  ECF No. 21.

WHEREAS, due to difficulties in retrieving and producing mediation data for the class as requested by Plaintiff, the Parties' mediation was rescheduled for November 19, 2019.  As Plaintiff's certification motion is currently due December 16, 2019, less than one month after the mediation, the Parties request an interim stay of this case pending mediation, so all efforts by the Parties in this case can be directed to prepare for the upcoming mediation.

WHEREAS, the Parties request this case be stayed on an interim basis pending mediation (with the exception of the exchange of mediation data between the Parties). The Parties will file a joint status report within 5 business days of the conclusion of the mediation session (on or before November 26, 2019) advising the Court of the results

of the mediation, and proposing new class certification and discovery cut-off dates should the mediation fail, or proposing a preliminary approval motion date should the mediation be successful.

**IT IS SO STIPULATED.**

Dated: October 17, 2019         Respectfully submitted:

                                                THE MARKHAM LAW FIRM

                                                s/Maggie Realin
                                                Maggie Realin
                                                Attorney for Plaintiff
                                                  E-mail:  mrealin@markham-law.com

Dated: October 17, 2019         Respectfully submitted:
                                                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                                /s/Graham Hoerauf
                                                Attorney for Defendant
                                                E-mail: graham.hoerauf@ogletree.com

      I hereby certify that the content of this document is acceptable to Graham M. Hoerauf, counsel for Defendant, and that I have obtained Mr. Hoerauf's authorization to affix his electronic signature to this document.

Dated: October 17, 2019            THE MARKHAM LAW FIRM

                                                    s/ Maggie Realin
                                                  Maggie Realin
                                                  Attorney for Plaintiff
                                                  E-mail:  mrealin@markham-law.com

**PURSUANT TO STIPULATION, IT IS ORDERED that:**

- With the exception of the exchange of mediation data between the Parties, this case is stayed pending mediation.
- The currently scheduled case management deadlines, including deadline for Plaintiff's motion for class certification, Defendant's opposition to the motion, Plaintiff's reply to the motion, the hearing on the motion, and class-discovery cut-off deadline are vacated.
- Parties will file a joint status report advising the Court of the result of mediation by November 26, 2019.
- The joint status report shall propose class certification briefing schedule and class-discovery cut-off deadline should the mediation fail.

DATED:   10/18/2019                    /s/ John A. Mendez_____
                                       Honorable John A. Mendez
                                       United States District Court Judge