David R. Markham (SBN 071814)
*dmarkham@markham-law.com*
Maggie Realin (SBN 263639)
*mrealin@markham-law.com*
Lisa Brevard (SBN 323391)
*lbrevard@markham-law.com*
**THE MARKHAM LAW FIRM**
750 B Street, Suite 1950
San Diego, CA 92101
Tel.: 619.399.3995; Fax: 619.615.2067
*[Additional counsel listed on the next page]*
*Attorneys for Plaintiff on behalf of herself and all others similarly situated*

Patricia A. Matias (SBN 254125)
*patricia.matias@ogletree.com*
Mark F. Lovell (SBN 246652)
*mark.lovell@ogletree.com*
Graham M. Hoerauf (SBN 307649)
*graham.hoerauf@ogletree.com*
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Park Tower, Fifteenth Floor 695 Town Center Drive, Costa Mesa, CA 92626
Tel.: 714.800.7900 Fax: 714.754.1298
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN SWAYZER, an individual, on behalf of herself and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>CIRCLE K STORES, INC., a Texas corporation; and DOES 1 to 25, inclusive,<br><br>Defendants | Case No. 2:18-cv-02430-JAM-AC<br><br>**STIPULATION AND ORDER TO CONTINUE INTERIM STAY OF THE CASE PENDING THE SECOND MEDIATION SESSION**<br><br>Court Room: 6<br><br>Judge: Hon. John A. Mendez |

Walter Haines (SBN 071075)
*walterhaines@yahoo.com*
**UNITED EMPLOYEES LAW GROUP**
5500 Bolsa Avenue, Suite 201
Huntington Beach, CA 92649
Tel.: 888.474.7242; Fax: 562.256.1006

*Attorney for Plaintiff on behalf of herself and all others similarly situated*

Plaintiff ROBIN SWAYZER ("Plaintiff") and Defendant CIRCLE K STORES, INC. ("Defendant") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

WHEREAS, on August 2, 2019 in an effort to facilitate mediation and settlement negotiations, the Parties requested class certification dates to be continued.

WHEREAS, on August 5, 2019, the Court granted the Parties' stipulation and adopted the class certification briefing schedule as proposed by the Parties, set the class certification hearing for April 7, 2020 at 1:30 p.m., and continued class discovery cut-off to March 13, 2020. ECF No. 21.

WHEREAS, due to difficulties in retrieving and producing mediation data for the class as requested by Plaintiff, the Parties' mediation was rescheduled for November 19, 2019.

WHEREAS, on October 17, 2019 the Parties requested this case be stayed on an interim basis pending rescheduled mediation, so all efforts by the Parties in this case could be directed to prepare for the mediation.

WHEREAS, on October 18, 2019 the Court granted the Parties' stipulation and ordered the stay of this case pending mediation (with the exception of the exchange of mediation data between the Parties) and vacated all scheduled deadlines. The Court also ordered the Parties to file a joint status report advising the Court of the result of mediation, by November 26, 2019. ECF No. 23.

WHEREAS, the mediation session occurred on November 19, 2019. The case did not settle, however, the Parties have made progress at the first mediation session, and have agreed to continue the settlement negotiations. The parties have scheduled the second mediation session for January 23, 2020.

WHEREAS the Parties request to continue this case stayed on an interim basis pending the second mediation session. The Parties will file a joint status report within

5 business days of the conclusion of the second mediation session (on or before January 30, 2020) advising the Court of the results of the mediation, and proposing new class certification and discovery cut-off dates should the mediation fail, or proposing a preliminary approval motion date should the mediation be successful.

**IT IS SO STIPULATED.**

Dated: November 22, 2019        Respectfully submitted:

                                              THE MARKHAM LAW FIRM

                                              /s/ Maggie Realin
                                              Maggie Realin
                                              Attorney for Plaintiff
                                              E-mail: mrealin@markham-law.com

Dated: November 22, 2019        Respectfully submitted:
                                              OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                              /s/ Graham Hoerauf
                                              Attorney for Defendant
                                              E-mail: graham.hoerauf@ogletree.com

I hereby certify that the content of this document is acceptable to Graham M. Hoerauf, counsel for Defendant, and that I have obtained Mr. Hoerauf's authorization to affix his electronic signature to this document.

Dated: November 22, 2019        THE MARKHAM LAW FIRM

                                              /s/ Maggie Realin
                                              Maggie Realin
                                              Attorney for Plaintiff
                                              E-mail: mrealin@markham-law.com

# ORDER

**PURSUANT TO STIPULATION, IT IS ORDERED that:**

- The interim stay of this case is continued pending mediation.
- Parties will file a joint status report advising the Court of the result of mediation by January 30, 2020.
- The joint status report shall propose class certification briefing schedule and class-discovery cut-off deadline should the mediation fail.

DATED: 11/25/2019            /s/ John A. Mendez
Honorable John A. Mendez
United States District Court Judge