David R. Markham (SBN 071814)
dmarkham@markham-law.com
Maggie Realin (SBN 263639)
mrealin@markham-law.com
Lisa Brevard (SBN 323391)
lbrevard@markham-law.com
**THE MARKHAM LAW FIRM**
750 B Street, Suite 1950
San Diego, California 92101
Telephone: (619) 399-3995; Facsimile: (619) 615-2067

*Attorneys for Plaintiff Swayzer on behalf of herself and all others similarly situated*
[Additional counsel listed on the next page]

Maria C. Rodriguez (SBN 194201)
mcrodriguez@mwe.com
Christopher A. Braham (SBN 293367)
cbraham@mwe.com
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: +1 310 277 4110
Facsimile: +1 310 277 4730

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN SWAYZER, an individual, on behalf of herself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>CIRCLE K STORES, INC., a Texas corporation; and DOES 1 to 25, inclusive,<br><br>Defendants | Case No. 2:18-cv-02430-JAM-AC<br>CLASS ACTION<br>Action Filed: June 18, 2018<br><br>**JOINT STIPULATION TO CONTINUE CLASS CERTIFICATION AND RELATED DEADLINES AND ORDER**<br><br>Court Room: 6<br><br>Judge: Hon. John A. Mendez |

1  Walter L. Haines (SBN 71075)
   **UNITED EMPLOYEES LAW GROUP**
2  *walter@whaines.com*
   5500 Bolsa Avenue, Suite 201
3  Huntington Beach, CA  92549
   (310) 234-5678 / Fax: (562) 256-1006
4
   *Attorneys for Plaintiff*
5

Plaintiff ROBIN SWAYZER ("Plaintiff") and Defendant CIRCLE K STORES, INC. ("Defendant") (collectively "the Parties"), respectfully submit this Joint Stipulation to Continue Class Certification and Related Deadlines. This Joint Stipulation is made based on the following basis:

WHEREAS, on April 25, 2019, the Parties filed a joint stipulation to continue class certification deadlines as the Parties had reserved a July 23, 2019, mediation session with Steven G. Pearl, Esq. of ADR Services, Inc. (ECF No. 15). The Court granted the Parties' stipulation on April 26, 2019. (ECF No. 16). On May 17, 2019, the Court granted the Parties' stipulation to continue the associated class discovery cut-off date. (ECF No. 19).

WHEREAS, on August 2, 2019, the Parties filed a joint stipulation to continue class certification and related deadlines as the Parties agreed to continue the mediation to September 12, 2019, to allow time to discuss the possibility of a global mediation session. (ECF No. 20). The Court granted the Parties' stipulation on August 5, 2019. (ECF No. 21).

WHEREAS, on October 18, 2019, the Court entered an Order granting the Parties' request for an interim stay of the case pending the continued mediation session and vacating all scheduled deadlines. (ECF No. 23).

WHEREAS, on November 21, 2019, the Parties attended the first mediation session. The case did not settle, however, the Parties agreed to schedule a second mediation session for January 23, 2020. The Court granted the Parties' stipulation to continue the interim stay of the case pending the continued mediation. (ECF No. 27).

WHEREAS, on January 30, 2020, Parties' filed a Joint Status Report indicating the status of settlement discussions, and proposed that although informal discussions would continue, that the Court lift the interim stay and set a revised class certification schedule and discovery cut-off date. (ECF No. 31).

WHEREAS, the current class certification and discovery cut-off dates are as

follows:

| Case Event | Filing Date/ Deadline/ Hearing Date |
|---|---|
| Motion for Class Certification | August 25, 2020 |
| Opposition to Motion for Class Certification | September 25, 2020 |
| Reply ISO Motion for Class Certification | October 9, 2020 |
| Class Discovery Cut-Off | October 9, 2020 |
| Hearing on Motion for Class Certification | October 27, 2020 at 1:30 p.m. |

(ECF No. 32.)

WHEREAS, following the lift of the interim stay, the Parties engaged in continued meet and confer efforts regarding Defendant's discovery responses and the *Belaire-West* notice process. Defendant indicated it would provide supplemental discovery responses but was encountering delays due to impact of the COVID-19 pandemic. On May 21, 2020, Plaintiff responded to Defendant's interrogatories, requests for production of documents and requests for admissions, set one. Defendant requested that the *Belaire* notice include other pending cases against Circle K, namely *Jayawickrama*, Case No., BC713699, *Naffaa*, Case No. 2:20-cv-00623-WBS-DB, and *Rodriguez*, Case No. RIC1901407. *Swayzer* counsel coordinated the text of the proposed notice with counsel for plaintiffs in the other actions, and with counsel for Defendant. The parties in those actions met and conferred and agreed to a joint *Belaire-West* notice.

WHEREAS, on April 7, 2020, Plaintiff Swayzer, Plaintiff Naffaa and Defendant stipulated to consolidate the Swayzer and Naffaa cases into this Court (ECF No. 35) and the Parties are awaiting the Court's decision on their request.

WHEREAS in June, with the assistance of the mediator, Steve Pearl, Esq., the Parties resumed global settlement discussions, including counsel for plaintiffs in *Jayawickrama, Naffaa*, and *Rodriguez*. Defendant requested the formal discovery be

stayed for at least 30 days in all four cases, pending renewed settlement discussions, including the issuance of the joint *Belaire-West* notice.

WHEREAS, mediator Steve Pearl, Esq. has informed the Parties he plans to issue a mediator's proposal, which the Parties expect to receive on or before July 31, 2020.  The proposal will either result in agreement to resolve the Action or provide clarity that this matter is not ripe for informal resolution.

THEREFORE, due to the renewed settlement discussions in all four cases, as well as the operational delays caused by the COVID pandemic, the Parties agree and stipulate that class certification deadlines and the discovery cut-off deadline be continued by approximately 90 days, where in the event a settlement is not reached, the Parties will have sufficient time to complete the *Belaire-West* notice process and additional discovery. In the event a settlement is reached, the Parties will promptly file a Notice of Settlement with the Court.

The Parties have agreed to propose the following revised schedule:

| Case Event | Proposed Filing Date/ Deadline/ Hearing Date |
|---|---|
| Motion for Class Certification | November 23, 2020 |
| Opposition to Motion for Class Certification | December 23, 2020 |
| Reply ISO Motion for Class Certification | January 14, 2020 |
| Class Discovery Cut-Off | January 14, 2020 |
| Hearing on Motion for Class Certification | January 27, 2021 or at any other date thereafter as convenient for the Court. |

**IT IS SO STIPULATED.**

Dated: July 24, 2020                Respectfully submitted:

**THE MARKHAM LAW FIRM**

/s/ Maggie Realin
Maggie Realin
Attorney for Plaintiff Swayzer
E-mail: mrealin@markham-law.com

Dated: July 24, 2020                **MCDERMOTT WILL & EMERY LLP**

/s/ Christopher A. Braham
Christopher A. Braham
Attorney for Defendant
Email: cbraham@mwe.com

    I hereby certify that the content of this document is acceptable to Christopher A. Braham, counsel for Defendant and that I have obtained Mr. Braham's authorization to affix his electronic signature to this document.

Dated: July 24, 2020                **THE MARKHAM LAW FIRM**

/s/ Maggie Realin
Maggie Realin
Attorney for Plaintiff
E-mail: mrealin@markham-law.com

Case No. 2:18-cv-02430-JAM-AC
Joint Stipulation to Continue Class Certification and Related Deadlines and [Proposed] Order

# ORDER

Having read and considered the foregoing Joint Stipulation, and good cause appearing, the Court hereby orders that the class certification and discovery cut-off dates be continued as follows:

| Case Event | Proposed Filing Date/ Deadline/ Hearing Date |
|---|---|
| Motion for Class Certification | November 23, 2020 |
| Opposition to Motion for Class Certification | December 23, 2020 |
| Reply ISO Motion for Class Certification | January 14, 2021 |
| Class Discovery Cut-Off | January 14, 2021 |
| Hearing on Motion for Class Certification | January 26, 2021 at 1:30 p.m. |

**IT IS SO ORDERED.**

Dated: July 24, 2020          /s/ John A. Mendez_____
                              Honorable John A. Mendez
                              United States District Court Judge