David R. Markham (SBN 071814)
*dmarkham@markham-law.com*
Maggie Realin (SBN 263639)
*mrealin@markham-law.com*
Lisa Brevard (SBN 323391)
*lbrevard@markham-law.com*
**THE MARKHAM LAW FIRM**
750 B Street, Suite 1950
San Diego, California 92101
Telephone: (619) 399-3995; Facsimile: (619) 615-2067

*Attorneys for Plaintiff Swayzer on behalf of herself and all others similarly situated*
[Additional counsel listed on the next page]

Maria C. Rodriguez (SBN 194201)
*mcrodriguez@mwe.com*
Christopher A. Braham (SBN 293367)
*cbraham@mwe.com*
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: +1 310 277 4110
Facsimile: +1 310 277 4730

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN SWAYZER, an individual, on behalf of herself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>CIRCLE K STORES, INC., a Texas corporation; and DOES 1 to 25, inclusive,<br><br>Defendants | Case No. 2:18-cv-02430-JAM-AC<br>CLASS ACTION<br>Action Filed: June 18, 2018<br><br>**JOINT STIPULATION TO REMAND THE CASE FOR SETTLEMENT APPROVAL PURPOSES AND ORDER**<br><br>Court Room:      6<br><br>Judge:      Hon. John A. Mendez |

1 | Walter L. Haines (SBN 71075)
2 | **UNITED EMPLOYEES LAW GROUP**
  | *walter@whaines.com*
3 | 5500 Bolsa Avenue, Suite 201
  | Huntington Beach, CA  92549
4 | (310) 234-5678 / Fax: (562) 256-1006

*Attorneys for Plaintiff*

Plaintiff ROBIN SWAYZER ("Plaintiff") and Defendant CIRCLE K STORES, INC. ("Defendant") (collectively "the Parties"), respectfully submit this Joint Stipulation to Remand this Case to the Superior Court of California, County of Sacramento, for purposes of the approval of a global class settlement agreement, reached in principle between Plaintiff in this action, plaintiffs in three other class/representative actions against Defendant, and Defendant. This Joint Stipulation is made based on the following basis:

WHEREAS, on June 18, 2018, Plaintiff filed this action on behalf of herself and other Customer Service Representatives in Sacramento Superior Court, Case No. 34-2018-00234999. Plaintiff amended her complaint to add a cause of action for violations of Private Attorneys General Act ("PAGA") on July 31, 2018.

WHEREAS, on September 4, 2018, Defendant removed this action to this Court under CAFA, 28 U.S.C sections 1332, 1446 and 1453.

WHEREAS, subsequently, three other similar class/representative actions were filed against Circle K in different jurisdictions. They are: (i) *Jayawickrama v. Circle K Stores*, Case No. BC713699, filed on July 17, 2018 in Los Angeles Superior Court, (ii) *Naffaa v. Circle K Stores, Inc*, Case No. 2:20-cv-00623-WBS-DB, filed on March 1, 2019 in San Bernardino Superior Court, removed to the United States District Court for the Central District of California on April 8, 2019, and then transferred to this District on March 23, 2020, and (iii) *Rodriguez v. Circle K Stores, Inc*., Case No. RIC1901407, filed on February 11, 2019 in Riverside Superior Court, removed to the United States District Court for the Central District of California on March 14, 2019, and subsequently remanded to the Riverside Superior Court.

WHEREAS, plaintiffs in all four actions have been working together with the Defendant in an effort to reach a global resolution of these cases. The parties in all four actions attended a joint mediation session on November 19, 2019. Even though the mediation session was not successful, the parties continued the mediation dialogue with the assistance of the mediator. While the plaintiffs in all cases and Defendant

were engaged in continued mediation efforts, they also agreed on the terms of a joint *Belaire* notice, should a settlement not occur.

WHEREAS, on or about August 12, 2020, the parties in all four cases have reached a settlement in principle, which will result in a global class and representative settlement of these actions. On or about October 20, 2020, the parties agreed to the terms of the Memorandum of Understanding. The parties are in the process of drafting the long-form settlement documents.

WHEREAS, as part of the settlement approval process, the parties agreed that this action should be remanded to Sacramento Superior Court so each of the three other actions can be consolidated into this Action, which was the first-filed action, to formulate a single-action in Sacramento Superior Court, so that the parties may jointly seek global settlement approval in that court. The Parties agreed to remand this case because at least two other actions are subject to the jurisdiction of the California Superior Courts and cannot be consolidated into this Court.

THEREFORE, the Parties are now hereby stipulating that the action be remanded to the Sacramento Superior Court. The Parties further request that the current certification and discovery cut-off deadlines in the *Swayzer* action, set by the Court on July 24, 2020 (Dkt. No. 39), be vacated.

The Parties further stipulate that each party shall bear its own attorneys' fees and costs with respect to the remand of this action pursuant to this stipulation and Order.

**IT IS SO STIPULATED.**

Dated: October 28, 2020   Respectfully submitted:

**THE MARKHAM LAW FIRM**
/s/ Lisa Brevard
Lisa Brevard
Attorney for Plaintiff Swayzer
E-mail: lbrevard@markham-law.com

Dated: October 28, 2020   **MCDERMOTT WILL & EMERY LLP**

|   |   |
|---|---|
| 1 | /s/ Christopher A. Braham |
| 2 | Christopher A. Braham |
|   | Attorney for Defendant |
| 3 | Email: cbraham@mwe.com |

I hereby certify that the content of this document is acceptable to Christopher A. Braham, counsel for Defendant and that I have obtained Mr. Braham's authorization to affix his electronic signature to this document.

Dated: October 28, 2020       **THE MARKHAM LAW FIRM**

/s/ Lisa Brevard
Lisa Brevard
Attorney for Plaintiff
E-mail: lbrevard@markham-law.com

# ORDER

Having read and considered the foregoing Joint Stipulation, and good cause appearing, the Court hereby orders that this case be remanded to California Superior Court, County of Sacramento, for purposes of class action settlement approval. The Court further orders that the current class certification and discovery cut-off dates in this action be vacated.

**IT IS SO ORDERED.**

DATED: October 30, 2020        /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               UNITED STATES DISTRICT COURT JUDGE